# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3254
LT Case No. 2014-CF-1518

_____

CARLTON XAVIER MATHEWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Dan Ripley, of Ripley Whisenhunt, PLLC, Pinellas Park, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

April 23, 2024

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————